No.-274

TISCH v. CITIZENS NAT. BANK

Ohio Appeals, 9th Dist., Wayne Co.

No. 788. Decided Dec. 9, 1924.

1107. STOCKS AND BONDS—1. Where stock certificates are endorsed by owner in blank or power of attorney attached to same, any loss by misappropriation or misuse by an agent must fall upon the owner.

2. Pledgee held to have superior title.

3. Replevin can not be maintained for stock certificate where there is no title in plaintiff.

WASHBURN, J.

### Epitomized Opinion

Published only in Ohio Law Abstract

Tisch brought an action to replevin a certain certificate of stock claimed to have been owned by her and which was in the possession of the bank as collateral security for a loan of money, which was used to pay to the company issuing same a large part of the purchase price of said stock. A jury was waived and the lower court found in favor of the bank. Tisch was the owner of 140 banker's shares of stock. She negotiated with an agent of the bank whereby the agent agreed to accept the 140 shares of banker's stock for 14 shares of common stock. She delivered her stock certificate with power of attorney attached, to said agent. The agent sent in an order for 14 shares to be issued in her name, not as an exchange, but as a purchase, which order was not accompanied by the purchase price of said stock nor by said banker's shares. Later the agent took Tisch's stock certificate to a bank and obtained a loan thereon, the proceeds of which loan were sent by the bank directly to the company in question in part payment of the stock so issued. The plaintiff claimed that she had only authorized the agent to sell the stock and to use the money to purchase the common stock. Affirming the judgment, the court of appeals held:

1. When stock certificates are endorsed in blank and delivered or are delivered together with a separate document, duly signed, containing a written assignment of the certificate or power of attorney to sell, assign or transfer the same, and in pursuance of such authority they are transferred, a purchaser or pledgee for value in good faith, without no-

(Continued on Page 174)

GET BUSY

If you wish a copy of the

Quaint Olde Laws of Ohio

The First Volume, Printed in 1792

ORDER TODAY

# CALENDAR
## Ohio Supreme Court

CAUSES ASSIGNED FOR ORAL
ARGUMENT
From Tuesday, March 8, 1925
to Thursday, April 30, 1925.
GENERAL DOCKET
Wednesday, March 18, 1925

18766. W. G. Richards, v. Charles Stratton. Dock 8-23-24, 2 Abs. 531. Attorneys: Newby & Smith, Hillsboro; for Richards; Robert B. McMullen, Burch D. Huggins, Hillsboro, for Stratton.

18831. The Baltimore & Ohio R. R. Co. v. Tom F. Baillie, et al. Dock 11-24-24, 2 Abs. 738. Attorneys: Tolles, Hogsett, Ginn & Morley, Cleveland, for Railroad; Payer, Winch, Minshall & Karch; Squire Sanders & Dempsey, Cleveland, for Baillie.

18871. · The Clemmer & Johnson Co., v. The Industrial Commission. Dock 12-18-24. 3 Abs. 2. Attorneys: P. E. Dempsey, Knepper & Wilcox, Columbus, for Company; C. C. Crabbe, Attorney General, R. R. Zurmehly, Special Counsel, Columbus, for Commission.

Tesday, March 24, 1025

18896. State ex Cleveland Eng. Const. Co. v. T. J. Duffey, et al. Dock 1-5-25, 3 Abs, 18. Attorneys; George B. Marty, Cleveland, for State ex; C. C. Crabbe, R. R. Zurmehly, Columbus for Duffey.

18897. State of Ohio ex rel Rhea Katz v. The American Mortgage Co. Dock 1-5-25, 3 Abs. 18. Attorneys: Leo Weinberger, David N. Rosenbaum, Cincinnati, for Katz; Ritchie, Herman & Ritchie, Cincinnati, for Mortgage Co.

Wednesday, March 25, 1925.

18700. Morris Luff, v. State of Ohio. Dock. 7-14-24, 2 Abs. 452. Attorneys Richard F. Fitzgerald, Cleveland; Hogan, Hogan, Hogan & Hogan, Columbus, for Luff; E. C. Stanton, Pros. Atty., Cleveland; C. C. Crabbe, Atty. Gen'l., Columbus, for State.

18918. State of Ohio ex rel Oichi Fukushima, v. Alfred F. Deckebach, Auditor. Dock. 1-17-25, 3 Abs. 50. Attorneys: George S. Hawke, Cincinnati, for State ex; Frank K. Bowman, City Solicitor, Cincinnati, for Auditor.

Tuesday, April 7, 1925

18829. J. C. Hoagland, v. Clara Hoagland. Dock. 11-20-24, 2 Abs. 738. Attorneys: H. H. Hoppe; Fillius & Fillius, Warren, for J. C. Hoagland; I. G. Mathews, W. S. Metcalfe, Youngstown, for Clara.

18838. Andy Kossick, v. Sharon Steel Hoop Co. Dock 12-25-24. Attorneys: John J. Boyle, Youngstown, for Kossick; Kennedy, Manchester,, Conroy & Ford, Youngstown, for Hoop Co.

Wednesday, April 8, 1925

18691. Mary I. Reinbolt, v. Joseph F. Reinbolt. Dock 7-7-24, 2 Abs. 436. Attorneys: Marion W. Bacome, Homer Ramey and John E. Steele, Toledo, for Mary Reinbolt; David B. Love, Fremont, for Joseph.

18877. A. C. Carter Leasing Co., v. Cleveland Union Terminals Co. Dock 12-22-24, 3 Abs. 2. Attorneys: Ralph Blue; Snyder, Henry, Thomsen, Ford & Seagrave, for Leasing Co.; Boyd, Cannon, Brooks & Wickham, for Terminals Co.; all of Cleveland.

Tuesday, April 14, 1925

18841. Hazel L. Rolf, Adm'x., v. Andrew Heil, Dock. 11-29-24, 2 Abs. 754; Mo Cer. Al 3 Abs. 50. Attorneys: Dustin McKeehan, Merrick, Arter & Stewart, Cleveland, for Rolf; Payer, Winch, Minshall & Karch, Cleveland, for Heil.

18846. Scioto Valley Railway & Power Co., v. Effie Rutter, Adm'x. Dock 12-1-24, 2 Abs. 754. Attorneys: M. A. Daugherty, Lancaster; Oscar, W. Newman, Columbus, for Ry Co.; E. N. Huggins, T. S. Hogan, C. L. Corkwell, Columbus, for Rutter.

Wednesday, April 15, 1925

18554. Eaton Vil. et, v. Public Utilities Com. et al. Dock 5-4-24, 2 Abs. 339. Attorneys: Harry L. Risinger, H. R. Gilmore, Eaton; P. H. Saylor, W. Alexandria; S. E. Mote, Greenville; O. E. Bowman, Dayton; M. D. Rice, Osborn; Miller & Finney, Xenia, for Village et; C. C. Crabbe, John W. Bricker, Eagleson & Laylin, and James M. Butler, Columbus, for Commission.

18786. Wilberforce University, v. Grace Green, et al. Dock. 9-29-24, 2 Abs. 610. Attorneys: C. H. Kyle, Xenia; for University; Chas. L. Darlington, Xenia; C. C. Crabbe, A. H. Wicks, Columbus, for Green et.

18790. Board of Trustees of Wilberforce Normal and Industrial Dept., v. Grace Green, et al. Dock 10-2-24, 2 Abs. 610. Attorneys: C. C. Crabbe, A. H. Wicks, Columbus, for Board of Trustees; Chas. L. Darlington, C. H. Kyle, Xenia, for Green et. ⌐

Tuesday, April 21, 1925

18870. Pennsylvania Railroad Co. v. Public Utilities Commission. Dock. 12-17-24, 3 Abs. Attorneys: Henderson & Burr, Sherman B. Randall, Columbus, for Railroad Co.; C. C. Crabbe, J. W. Bricker, Columbus, for Commission.

18924. Nelson B. Cramer, et al, v. Isadore M. Cohen. Dock. 1-21-25, 3 Abs. 66. Attorneys: Julius R. Samuels, S. A. Headley, Cincinnati, for Cramer; Bettman, Reisenberg, Cohen & Stettenpool, Cincinnati, for Cohen.

**Wednesday, April 22, 1925**

18925. William Gettles, v. Roy Gillen. Dock. 1-22-25, 3 Abs. 66. Attorneys: Joseph McGhee, Columbus, for Gettles.

18934. State of Ohio, ex rel, v. John C. Felton, Mayor. Dock 2-3-25, 3 Abs. 82. Attorneys: C. C. Crabbe, Atty. Gen'l. and A. H. Wicks, for State; D. B. Sharp, for Felton, all of Columbus.

**Tuesday, April 28, 1925**

18355. Central Gas Co., v. Hope Oil Co. Dock. 2-1-24, 2 Abs. 155. Attorneys: Moore, DeVaul & Moore, Woodsfield,for Gas Co.; L. E. Matz, F. W. Ketterer, Woodsfield, for Oil Co.

18711. Industrial Com. of Ohio, v. Marie D. Burckard. Dock. 12-18-24, 2 Abs. 418. See Conc. 1 Abs An 46. Attorneys: Chas. C. Crabbe. Columbus; Chas W Baker, Jr., Cincinnati, for Comm.; Albert H. Leeker, Cincinnati, for Burckard.

**(On Rehearing)**
**Wednesday, April 29, 1925**

18868—James C. Davis, Agt., v. Atlas Assurance Co., et al. Dock. 12-16-24, 3 Abs. Attorneys: Cook, McGowan, Foote, Bushnell & Burgess, Cleveland, for Davis; Mooney, Bibbee & Edmonds, Columbus; Davis, Young & Vrooman, Cleveland, for Company.

189616. State of Ohio, v. Cosmo Ferranto. Dock. 1-16-25, 3 Abs. 50. See Conc. 3 Abs. 74. Attorneys: Edw C. Stanton, Henry J. Williams, Cleveland, for State; George D. Costello, Cleveland, for Ferranto.

## PUBLISHER'S COLUMN

# The Ohio Law Abstract

Entered as second class matter, February 28, 1923. at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879

Issued Every Wednesday          50 Weeks of the Year

SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance.......$15.00
Single Numbers ...............................  .35

When cash is mailed to us in advance
20 per cent discount
Address all communications to

THE LAW ABSTRACT COMPANY
1727 Bryn Mawr, Cleveland, O.
P. O. Box 55, East Cleveland Sta.

### TISCH v. CITIZENS NAT. BANK
(Continued from Page 172)

tice of any facts making the transfer wrongful, they are effectual to pass title, although the original delivery was procured by fraud, duress or mistake.

2. If the signature of Tisch was on the back of the certificate and she merely signed in blank the power of attorney printed thereon, there would be no question but that under these statutes the title of the bank as pledgee would be good as against Tisch.

3. As the certificate in question was never delivered to the plaintiff, she could not replevy it as she never acquired title to the same.

Attorneys—W. J. Mougey and Wm. B. Quinn for Tisch; A. D. Metz, for Citizens National Bank of Wooster, Ohio.

# AVOID DISAPPOINTMENT

**ORDER YOUR COPY NOW**

## THE OLDEST OHIO LAWS

Price Now
# $4.00
|After April 1st
# $6.00

Only a Limited Number will be Published

*See Advertisement in Last Week's Abstract*

# The Law Abstract Company